ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| | | |
|---|---|---|
| GENERA PR LLC<br><br>Recurrente<br><br><br>v.<br><br><br>NEGOCIADO DE ENERGÍA DE PUERTO RICO DE LA JUNTA REGLAMENTADORA DEL SERVICIO PÚBLICO, GOBIERNO DE PUERTO RICO<br><br>Recurrida | KLRA202300609 | Revisión Administrativa procedente del Negociado de Energía de Puerto Rico<br><br>Caso Núm.: NEPR-MI-2021-0004<br><br>Sobre: Determinación sobre la Solicitud de Revisión Parcial de los Presupuestos Anuales para el Año Fiscal 2024 por LUMA GENERA y AEE |

Panel integrado por su presidente, el juez Figueroa Cabán, el juez Bonilla Ortiz y la jueza Mateu Meléndez

Figueroa Cabán, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico a 7 de diciembre de 2023.

Al *Aviso de Desistimiento* presentado por Genera PR LLC Y el Negociado de Energía de Puerto Rico el 5 de diciembre de 2023, **con lugar**. En consecuencia, se ordena el cierre y archivo definitivo del presente procedimiento de revisión administrativa. Regla 83(A) del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B, R. 83(A).

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN2023_____